FRANK H. KOLLER, JR., Appellant, v. NEW YORK RAPID TRANSIT CORPORATION, Respondent.— Plaintiff appeals from an order denying, in part, his motion to examine the defendant before trial. Order, in so far as appealed from, affirmed, with ten dollars costs and disbursements; examination to proceed on five days'

notice. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.